## McCole and Another *v.* Hubble and Others.

APPEAL from the *Hamilton* Court of Common Pleas.

*Per Curiam.*—There being no brief filed for the appellants in this case, the errors, if any exist, are deemed to be waived (1).

The judgment is affirmed with 5 per cent. damages and costs.

May Term, 1859.

(1) Twenty-five cases were dismissed on the 93d day of this term, for the same reasons.